No. 456. RIDGEWAY *v.* WOODWARD, TRUSTEE, ET AL. October 14, 1935. Petition for writ of certiorari to the

United States Court of Appeals for the District of Columbia and motion for leave to proceed further *in forma pauperis* denied. *Miss Etta L. Taggart* for petitioner. No appearance for respondents.